Frank MOORE, Plaintiff—Appellant,

v.

BUNCOMBE COUNTY; Kate Dreher,
Assistant District Attorney,
Defendants—Appellees.

No. 05–7611.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 23, 2006.

Decided March 3, 2006.

Frank Moore, Appellant Pro Se.

Before WIDENER, NIEMEYER, and
KING, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Frank Moore appeals the district court's
order denying his motion to reconsider the
dismissal of his 42 U.S.C. § 1983 (2000)
action and motion for a temporary re-
straining order. We have reviewed the
record and find no reversible error. Ac-
cordingly, we affirm for the reasons stated
by the district court. See Moore v. Bun-
combe County, No CA–05–294–1
(W.D.N.C. Sept. 29, 2005). We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

AFFIRMED